

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00261-CV

**IN RE** Rhiannon **DEGRAY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Adrian A. Spears II, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR
TEMPORARY RELIEF DENIED AS MOOT

On April 28, 2026, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary relief, requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record before us, this court concludes relator

---

[1] This proceeding arises out of Cause No. 2024-CI-16636, styled *In the Interest of P.D., a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez Hortick presiding.

has not shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is DENIED AS MOOT.

PER CURIAM